United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 17, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 04-50653
Summary Calendar

---

DANA GIBBONS,

Plaintiff-Appellant,

versus

JO ANNE B. BARNHART,

Defendant-Appellee.

---

Appeal from the United States District Court for
the Western District of Texas
(USDC No. 603-CV-256)

---

Before REAVLEY, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The ALJ's decisions was supported by substantial evidence, and the ALJ used the

proper legal standards to evaluate the evidence. Brown v. Apfel, 192 F.3d 492, 496 (5th

Cir. 1999). Despite Gibbons' claims of disabling symptoms to her treating doctors,

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

therapy notes and school records show that throughout the relevant time period Gibbons engaged in a full range of activities, including regularly going to the grocery store, acting as the sole caretaker for her child, attending technical and acupuncture schools, making new friends, and successfully losing weight. Further, Gibbons could perform other jobs existing in significant numbers in the national economy such as packing boxes, cleaning vehicles, or assembling products. The ALJ also properly determined that the opinion of Gibbons' treating doctors were in contradiction with their examination notes and the record as a whole. See Greenspan v. Shalala, 38 F.3d 232, 237 (5th Cir. 1994). The district court's decision is AFFIRMED.